UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **PATRICIA CYKTOR,** *Plaintiff,* v. **SOO AE., et al.,** *Defendants.* | Civil Action No. 19-8809(MCA) ORDER |

**THIS MATTER** having been opened by the Court *sua sponte* based on Plaintiff's failure to comply with the Court's February 6, 2020 Orders to Show Cause, ECF. No. 21 and 22;

and it appearing that Judge Wettre issued a Report and Recommendation dated March 5, 2020, in which Judge Wettre recommended that this Court strike Plaintiff's Complaint and that the matter be dismissed without prejudice, ECF. No. 23; and

it appearing that neither Defendant nor Plaintiff have filed any objections to the Report and Recommendation; and

it appearing that for the reasons set forth in Judge Wettre's Report and Recommendation;

**IT IS** on this 5th day of April, 2021,

**ORDERED** that Judge Wettre's Report and Recommendation dated March 5, 2020, is **ADOPTED** and Plaintiff's complaint be **DISMISSED WITHOUT PREJUDICE.**

*s/ Madeline Cox Arleo*
**Hon. Madeline Cox Arleo**
**United States District Judge**